CR322-007

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
|---|---|---|
| v. | ) ) ) | 21 U.S.C. § 841(a)(1) Distribution of Heroin |
| QUENTIN VAN WALKER | ) ) ) | 18 U.S.C. § 922(j) Possession of Stolen Firearms |
| | ) ) ) ) | 21 U.S.C. § 846 Attempt to Possess with Intent to Distribute Fentanyl |
| | ) ) ) ) ) | 18 U.S.C. § 924(c) Possession of a Firearm in Furtherance of Drug Trafficking Crime |
| | ) ) ) ) | Forfeiture Allegation |

THE GRAND JURY CHARGES THAT:

### COUNT ONE

*Distribution of a Mixture or Substance Containing a Detectable Amount of Heroin*
21 U.S.C. § 841(a)(1)

On or about June 25, 2021, in Laurens County, within the Southern District of Georgia, the defendant

**QUENTIN VAN WALKER**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO
*Possession of Stolen Firearms*
18 U.S.C. § 922(j)

On or about July 13, 2021, in Laurens County, within the Southern District of Georgia, the defendant

### QUENTIN VAN WALKER

knowingly possessed stolen firearms, to wit, a Remington Model 783, 30-06-caliber rifle; a Ruger American, 7-milimeter rifle, and a Marlin Model 917, .17-caliber rifle, which had been shipped and transported in interstate and foreign commerce, knowing and having reasonable cause to believe the firearms were stolen.

All in violation of Title 18, United States Code, Section 922(j).

## COUNT THREE
*Attempt to Possess with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Fentanyl*
21 U.S.C. § 846

On or about July 13, 2021, in Laurens County, within the Southern District of Georgia, and elsewhere, the defendant

### QUENTIN VAN WALKER

knowingly and intentionally attempted to possess with intent to distribute a mixture or substance containing a detectible amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

## COUNT FOUR
*Possession of Firearms in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about July 13, 2021, in Laurens County, within the Southern District of Georgia, the defendant

### QUENTIN VAN WALKER

did knowingly possess firearms, to wit, a Foxtrot Mike Products Model FMP-9, 9-milimeter pistol and Ruger Model LCP, .380-caliber pistol, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, Attempt to Possess with Intent to Distribute a Mixture or Substance Containing a Detectible Amount of Fentanyl, in violation of Title 21, United States Code, Section 846, as charged in Count Three of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

## FORFEITURE ALLEGATION

The allegations contained in Counts One through Four of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Pursuant to Title 21, United States Code, Section 853, upon conviction for any offense in violation of Title 21, United States Code set forth in this Indictment the defendant

### QUENTIN VAN WALKER

shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense and any property used, or intended to be used, in any manner or part to commit, or to facilitate the commission of, the offense.

Upon conviction of any offense alleged in this Indictment, the above named defendants shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Sections 2461(c) any firearm and ammunition involved in that offense, including but not limited to:

(1)   Foxtrot Mike Products Model FMP-9, 9-milimeter pistol, s/n: 9-40371; and

(2)   Ruger Model LCP, .380-caliber pistol, s/n: 372221108.

If any of the property described above, as a result of any act or commission of the defendant:

a.  cannot be located upon the exercise of due diligence;

b.  has been transferred or sold to, or deposited with, a third party;

c.  has been placed beyond the jurisdiction of the court;

d.  has been substantially diminished in value; or

e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A True Bill

_____

/s/ David H. Estes
David H. Estes
United States Attorney

/s/ John P. Harper III
John P. Harper III*
Assistant United States Attorney
*Co-lead Counsel

/s/ Patricia G. Rhodes
Patricia G. Rhodes
Assistant United States Attorney
Chief, Criminal Division

Jerimiah L. Johnson*
Assistant United States Attorney
*Co-lead Counsel

## VERDICT

We, the jury find the defendant, _____

this _____ day of _____, 2022.

_____
*Foreman*

## PLEA

The defendant, _____, waives arraignment and pleads _____

In open Court, this _____ day of _____, 2022.

_____
*Counsel for Defendant*

_____
*Defendant*

---

United States District Court
Southern District of Georgia
Dublin Division

No. CR

UNITED STATES
vs.
QUENTIN VAN WALKER

INDICTMENT
FOR

18 U.S.C. § 841(a)(1), 18 U.S.C. § 922(j),
21 U.S.C. § 846 & 18 U.S.C. § 924(c)

Filed in open Court this 10th day of May, 2022.

_____ Deputy Clerk

DAVID H. ESTES
United States Attorney

USA-40-21-3

---

## PLEA

The defendant(s) _____

being fully informed and advised by the Court of the charge against him (them), and of his (their) legal right to the assistance of counsel, and that counsel would be appointed by the Court if desired, hereby waives arraignment and benefit of counsel, and pleads

_____

In open Court this _____ day of _____, 2022.

_____
_____
_____

Witness:

_____
*Clerk, United States Courts*